Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__
__Tampa__ Division

PROVIDED FOR MAILING AT CALHOUN CI ON
MAY 25 2022
STAFF INITIALS
INMATE INITIALS

__Hewitt A. Grant II,__

Case No. __8:22cv 1253 CEH-AAS__
(to be filled in by the Clerk's Office)

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Thomas Dixon #3156__
__Ricky Anderson #6699__
__Douglas Tanner #6074__
__James Scarborough #5581__

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Hewitt A. Grant II
All other names by which you have been known:
ID Number: #H12344
Current Institution: Calhoun C.I.
Address: 19562 SE Institution Dr.
Blountstown   FL   32424
City   State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sgt. Thomas Dixon
Job or Title (if known): Deputy Sheriff
Shield Number: #3156
Employer: Polk County Sheriff's Office
Address: 1891 Jim Keene Blvd
Winter Haven   FL   33880
City   State   Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: Ricky Anderson
Job or Title (if known): Deputy Sheriff
Shield Number: #6699
Employer: Polk County Sheriff's Office
Address: 1891 Jim Keene Blvd
Winter Haven   FL   33880
City   State   Zip Code
[✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                    Douglas Tanner
    Job or Title (if known) Deputy Sheriff
    Shield Number           #6074
    Employer                Polk County Sheriff's Office
    Address                 1891 Jim Keene Blvd
                            Winter Haven      FL      33880
                            City              State   Zip Code
    [✓] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name                    Det. James Scarborough
    Job or Title (if known) Deputy Sheriff
    Shield Number           #5581
    Employer                Polk County Sheriff's Office
    Address                 1891 Jim Keene Blvd
                            Winter Haven      FL      33880
                            City              State   Zip Code
    [✓] Individual capacity    [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 8th, 13th, 14th United States Constitution Amendment Rights.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sgt Dixon #3156, Anderson #6699, Tanner #6074 made a illegal entry and detainment on private property without lawful authority. Det. Scarborough illegal used fraudulent documents/records to obtain a unlawful search warrant to arrest, put Plaintiff in Slavery Against his will under color of Federal law.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

1.) On October 22, 2014, in Fort Meade, Florida, at 12:47pm Sheriff deputies Sgt. Dixon #3156, Anderson #6699 And Det. Scarborough went passed "No Trespassing" signs, breaking through a six foot privacy fance, unlawfully entering

SEE Attachment p4-A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

p4-B

Attachment

Grant's private property without Grant's consent or a legal search warrant or probable cause or exigent circumstances or a crime being committed. Grant was seized without a Miranda warning and without the deputies identifying themselves and purpose, then move off his property, taking his money, keys and cell phone. (See suppression hearing or Trial Testimony)

2.) Grant walk away from the deputies back onto his property, But, Tanner #6074 without cause restrained Grant and move him again off his property across the street and surrounded him with officers Dixon #3156, Anderson #6699, Tanner #6074, Cogswell #5446, McKee #5295, Donna Blackburn and Donna Seller.

3.) Grant asked Anderson #6699 could he leave? Anderson response was no, he was being detained until they can get a warrant.

4.) Det. Scarborough #5581 sent Dixon #3156 and Anderson #6699 into Grant's property.

Scarborough #5581 hours later use evidence and a old injunction from 2006 that was entered without lawful jurisdiction to get a search warrant in 2014 after the first illegal entry and detainment. (See Affidavits, police reports and suppression hearing or Trial Testimony). Deputy Scarborough #5581 knew the entry was illegal and knew or clearly should have known that the 2006 injunction was insufficient to establish probable cause to justify the unlawful searches and seizure of Grant.

Scarborough #5581, then framed-up nonexisted charges that never occurred and presented the case falsely to imprisoned Grant.

The search warrant hours later was based upon invalid and unlawful documents and court order from 2006.

5.) Once Grant was move off his private property both times by Sgt. Dixon #3156, Anderson #6699 and Tanner #6074, he was enslaved against his will.

Once Det. Scarborough used invalid and fraudulent documents, records and orders or evidence from 2006 case to get a search warrant in 2014, it cause Grant to be enslaved against his will by a malicious prosecution.

6.) Once Det. Scarborough gave Grant multiple fake and fraudulent criminal charges that never occurred or happen, it made Grant's Bond or Bail excessive causing massive problems to raising a unfordable bail.

(4-A)

7.) On May 15, 2015, Judge Maloney in the Tenth Judicial Circuit Court suppression hearing agreed the deputies violated Grant's 4th Amendment rights. (See suppression hearing).

On May 26, 2015, Judge Maloney denial order of the suppression hearing is - <u>Conclusion of law</u> "The Court finds that the initial entry into the curtilage of the commercial property was illegal."

8.) Grant tryed several times to exercise his constitutional rights to be free, but Dixon #3156, Anderson #6699, Tanner #6074 and Scarborough #5581 ignored Grant and his constitution rights. The deputies knew they were violating clearly established laws leading to Grant's enslavement that is ongoing injuries cause by these deputies that are responsible for the natural consequences of their actions, setting off and causing a repeted chain reaction of imprisonment and slavery by government misconduct, violating PCSO policies, practices, customs and procedures under color of the law, and the constitution of the United States.

Grant is a United States citizen.

Det. Scarborough #5581 and Sgt. Dixon #3156 destroyed evidence that was in the search warrant and recovered without photo's, tests, or samples - or a order from a judge to destroy stopping due process.

(4-B)